1044

No. 96–6350. THOMPSON *v.* THOMPSON ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 96–6351. VANN *v.* OKLAHOMA DEPARTMENT OF HUMAN SERVICES. C. A. 10th Cir. Certiorari denied.

No. 96–6352. VANN *v.* OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–6358. WALLACE *v.* MORRISON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 96–6378. GLOCK *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 96–6383. GOLDEN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6386. GRIFFITH *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6389. HUMPHREY *v.* POTLATCH CORP. C. A. 8th Cir. Certiorari denied.

No. 96–6438. ORIAKHI *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–6451. MARTIN *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 96–6483. MURASKI *v.* THOMAS, GRIEVANCE ADMINISTRATOR, MICHIGAN ATTORNEY GRIEVANCE COMMISSION. Sup. Ct. Mich. Certiorari denied.

No. 96–6490. WILLIAMS *v.* FERGUSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–6520. BRYANT *v.* BRYANT. App. Ct. Conn. Certiorari denied.